[No. 8327-2-II.   Division Two.   December 5, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOYCE MARIE MORRISON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84-1-00277-8, Thomas L. Lodge, J., entered December 14, 1984. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Charette and Faris, JJ. Pro Tem.

[No. 8382-5-II.   Division Two.   December 5, 1986.]

DANIEL J. GOGERTY, ET AL, *Appellants,* v. DONALD SHELLGREN, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Mason County, No. 14558, Frank E. Baker, J., entered December 13, 1984. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Charette and Faris, JJ. Pro Tem.

[No. 8511-9-II.   Division Two.   December 5, 1986.]

UNION BANK, *Plaintiff,* v. POSITIVE BROADCASTING, INC., ET AL, *Defendants,* HUNTLEY GORDON, *Respondent,* TACOMA NEWS TRIBUNE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-00313-3, Donald H. Thompson, J., entered February 5, 1985. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Day and Wieland, JJ. Pro Tem.